784

Commonwealth *v.* Richerson, Appellant.

Argued November 16, 1973. *Stephen H. Hutzelman,* for appellant; *Robert Chase,* Assistant District Attorney, with him *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Rife, Appellant.
Commonwealth *v.* Rife, Appellant.

Argued September 12, 1973. *John A. Daly,* with him *Gerald Alch, John R. Truman,* and *Ronald J. Hagarman,* for appellants; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

SPAULDING, J., absent.